# First District Court of Appeal
## State of Florida

_____

No. 1D21-1429
_____

REBECCA ANN BARBER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

September 30, 2022


PER CURIAM.

AFFIRMED.

MAKAR, JAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.